IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY EARL STARK,

    Petitioner,

v.   CASE NO. 1:16-cv-00057-MP-EMT

JULIE L JONES, STATE OF FLORIDA,

    Respondents.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 8, 2016. (Doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed a letter to the Court, which the Magistrate Judge construed as objections, *see* Doc. 25, at Doc. 26. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, Doc. 24, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter judgment stating "Petitioner's amended petition for writ of habeas corpus, Doc. 9, is **DENIED**. A certificate of appealability is **DENIED**." The clerk is directed to close the file.

**DONE AND ORDERED** this *7th* day of December, 2016

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge